### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **Case No: 2:22-cr-345-KOB-SGC** |
| ) | |
| ) | |
| **RICARDO POOLE, Jr.,** ) | |

### MOTION TO CONTINUE ARRAIGNMENT

Comes now, the Defendant, Ricardo Poole, Jr., by and through the undersigned counsel of record, and moves this Honorable Court to continue his arraignment, coming forth and stating:

1. The Defendant was issued a summons in this case to appear for arraignment on October 13, 2022.

2. Counsel has been informed by United States Probation Officer, Jonathan Eubanks that the Defendant was hospitalized at UAB hospital on October 9, 2022 and according to all available information is currently in an inpatient medical facility.

3. As a result of his hospitalization, the Defendant is unable to attend arraignments on October 13, 2022.

4. The Defendant request the arraignment be continued until such time as the Defendant is released from his hospitalization.

Wherefore, premises considered, the Defendant respectfully moves this Honorable Court for an Order continuing and resetting his October 13, 2022 arraignment.

Respectfully submitted, this 12th day of October, 2022.

/s/ W. Scott Brower
W. Scott Brower
Asb-1249-w79w

OF COUNSEL:
Brower Law Office
P.O. Box 130249
Birmingham, Alabama 35213
(205) 458-9889

## CERTIFICATE OF SERVICE

      This is to certify that I have electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system and have sent notification to the correct parties.

                                          /s/ W. Scott Brower
                                          OF COUNSEL