# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **Case No: 2:22-cr-345-KOB-SGC** |
| ) | |
| ) | |
| **RICARDO POOLE, Jr.,** ) | |

## DEFENDANT'S MOTION FOR DETENTION HEARING

Comes now, the Defendant, Ricardo Poole, Jr., by and through the undersigned counsel of record in the above styled case, and ask pursuant to 18 U.S.C §3142 that this Honorable Court set this matter for a detention hearing and grant the Defendant a Bond, coming forth and stating:

1. The Defendant was originally set for a Detention Hearing on October 24, 2022.

2. The previously scheduled detention hearing was cancelled over concerns regarding the Defendant's Mental Health.

3. The Defendant has remained in Custody since his arraignment.

4. The Defendant has no criminal history, is not a danger to the public or himself and is not a flight risk.

5. Should he be released, the Defendant plans to live with his sister, Porschia Thompson.

6. Porschia Thompson is willing to serve as a 3rd party custodian for the Defendant is it is required by the Court.

Wherefore, premises considered, the Defendant respectfully moves this Honorable Court to set this Matter for a Hearing so that specific release plans can be presented in support of pretrial release.

Respectfully submitted, this 9th day of December, 2022.

/s/ W. Scott Brower
W. Scott Brower
Asb-1249-w79w

OF COUNSEL:
Brower Law Office
P.O. Box 130249
Birmingham, Alabama 35213
(205) 458-9889

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system and have sent notification to the correct parties.

/s/ W. Scott Brower
OF COUNSEL