IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | Case No: 2:22-cr-345-KOB-SGC |
| | ) | |
| | ) | |
| **RICARDO POOLE, Jr.,** | ) | |

### MOTION TO CONTINUE DETENTION HEARING

Comes now, the Defendant, Ricardo Poole, Jr., by and through the undersigned counsel of record, and moves this Honorable Court to continue his Detention Hearing, coming forth and stating:

1. This case is set for a detention hearing on December 15, 2022.

2. The Defendant has a pending casea in the Jefferson County Circuit Court, Bessemer Division, CC 2022-107 and CC 2022-108.

3. As a result of his federal detention, he failed to appear in the Circuit Court of Jefferson County on November 15, 2022. A warrant was issued in his state cases for failure to appear. That warrant is still outstanding.

4. Counsel is attempting with the help of the Defendant's state court attorney to have that warrant lifted. However, until that is done, the Defendant wishes to remain in federal custody.

5. The Defendant ask that his detention hearing be continued generally until such time as his state court warrants are lifted. At that time, counsel for the Defendant will notify this Court and seek a new date for his detention hearing.

Wherefore, premises considered, the Defendant respectfully moves this Honorable Court

for an Order continuing his detention hearing generally.

Respectfully submitted, this 14th day of December, 2022.

/s/ W. Scott Brower
W. Scott Brower
Asb-1249-w79w

OF COUNSEL:
Brower Law Office
P.O. Box 130249
Birmingham, Alabama 35213
(205) 458-9889

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system and have sent notification to the correct parties.

/s/ W. Scott Brower
OF COUNSEL